IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KENNETH CORONET,<br><br>        Plaintiff,<br><br>v.<br><br>WATERMARK WAUKEE, L.L.C. d/b/a VILLAGE AT LEGACY POINTE and WATERMARK RETIREMENT COMMUNITIES, INC.,<br><br>        Defendants. | NO. 4:17-cv-00054<br><br><br>**NOTICE OF REMOVAL** |

Defendants Watermark Waukee, L.L.C. d/b/a Village at Legacy Pointe and Watermark Retirement Communities, Inc. remove this action to the United States District Court for the Southern District of Iowa, Central Division, and in support of this removal state:

1.      On January 20, 2017, Plaintiff commenced this action against Defendants in the Iowa District Court for Dallas County.  This case is now pending in the Iowa District Court for Dallas County captioned as *Kenneth Coronet v. Watermark Waukee, L.L.C. d/b/a Village at Legacy Pointe and Watermark Retirement Communities, Inc.*, No. LACV040327.

2.      Copies of the Original Notices are attached to this Notice of Removal as Exhibit A and Exhibit B and by this reference is incorporated herein.

3.      A copy of the Petition and Jury Demand is attached to this Notice of Removal as Exhibit C and by this reference is incorporated herein.

4.      A copy of the Appearance of Katie Graham is attached to this Notice of Removal as Exhibit D and by this reference is incorporated herein.

5.      A copy of the Appearance of Mitch Kunert is attached to this Notice of Removal as Exhibit E and by this reference is incorporated herein.

6.      A copy of the Acceptance of Service is attached to this Notice of Removal as Exhibit F and by this reference is incorporated herein.

7.      On February 6, 2017, Defendants, through their attorneys, accepted service of the (1) Original Notice; and (2) Petition and Jury Demand. Defendants have not been served with any other process, pleadings, or orders.

8.      There have been no further proceedings in the Iowa District Court for Dallas County in this case.

9.      This is a civil action in which Plaintiff seeks damages under the Iowa Civil Rights Act, Iowa Code ch. 216 ("ICRA"), Title VII of the Civil Rights Act of 1964, 42 U.S.C. ch. 21, and the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq.* ("FMLA").

10.      This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331 and this action may be removed under 28 U.S.C. § 1441(a) without regard to the amount in controversy or the citizenship of the parties.

11.      Some of Plaintiff's claims arise under the ADA and FMLA, which are laws of the United States within the meaning of 28 U.S.C. § 1331.

12.      The Court may exercise supplemental jurisdiction over Plaintiff's remaining state law claims pursuant to 28 U.S.C. § 1441(c)(B).

13.      All Defendants join in this removal.

14.      Defendants file this Notice with the Court within 30 days after service of the Petition at Law and Jury Demand on Defendants.

15.     A copy of this Notice of Removal is being filed in the Iowa District Court for Dallas County.

THEREFORE, Defendants Watermark Waukee, L.L.C. and Watermark Retirement Communities, Inc. give notice that the above-entitled action is removed to this Court form the Iowa District Court for Dallas County.

/s/ Mitchell R. Kunert
/s/ Katie Graham
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone:  515-283-3100
Fax:  515-283-8045
Email:  mrkunert@nyemaster.com
Email: kgraham@nyemaster.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2017, I filed the foregoing document to the Clerk of the Court for filing and uploading into the ECF system, which will send notification to the following ECF system participants.

Brooke Timmer
David Albrecht
FIEDLER & TIMMER, P.L.L.C.
8831 Windsor Parkway
Johnston, Iowa  50131
brooke@employmentlawiowa.com
david@employmentlawiowa.com
ATTORNEYS FOR PLAINTIFF

/s Katie Graham